# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

BURKE THORSON,

        Petitioner,

v.

VICKI JANSSEN, Commissioner of
Corrections,[1]

        Respondent.

Case No. 25-CV-4825 (NEB/JFD)

ORDER ACCEPTING REPORT AND
RECOMMENDATION

The Court has received the January 6, 2026 Report and Recommendation of United States Magistrate Judge John F. Docherty. (ECF No. 4.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.      The Report and Recommendation (ECF No. 4) is ACCEPTED;

2.      The Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED WITHOUT PREJUDICE;

---

[1] Thorson sued "Vicki Janssen, Commissioner of Corrections," but she is not the Commissioner of Corrections for the State of Minnesota. As of 2019, Minnesota's Commissioner of Corrections is Paul Schnell. The identity of the respondent named in the caption is immaterial to the Court's adoption of the Report and Recommendation.

3.    Petitioner's Emergency Motion for a Protective Order and Stay of Probation

Conditions (ECF No. 2) is DENIED AS MOOT;

4.    The action is DISMISSED WITHOUT PREJUDICE; and

5.    No certificate of appealability be issued.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 18, 2026                    BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge